IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| YARICEL LUNA HERNANDEZ,<br>DHS File Number: 240 314 722,<br><br>  *Petitioner*,<br><br>VS.<br><br>TODD BLANCHE, Acting United States Attorney General; MARKWAYNE MULLIN, Secretary of the United States Department of Homeland Security; TODD M. LYONS, Director of United States Immigration and Customs Enforcement; MIGUEL VERGARA, Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement; and BOBBY THOMPSON, Warden, South Texas ICE Processing Center (South Texas Detention Facility),<br><br>  *Respondents*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL CASE NO. SA-26-CV-3217-FB |

## *<u>ORDER OF DISMISSAL WITHOUT PREJUDICE AND JUDGMENT</u>*

Before the Court is the Unopposed Motion for Voluntary Dismissal filed on June 29, 2026 (ECF No. 4). Pursuant to Federal Rule of Civil Procedure 41(a)(2), Petitioner asks the Court to dismiss this case without prejudice because Petitioner has obtained the relief sought in the form of Adjustment of Status under the Cuban Adjustment Act, has been granted lawful permanent residence, and has been released from immigration detention. The Court finds the motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Petitioner's Unopposed Motion for Voluntary Dismissal (ECF No. 4) is GRANTED such that this case is DISMISSED WITHOUT PREJUDICE to refiling. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 30th day of June, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE